UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES,<br><br>            Petitioner,<br><br>      v.<br><br>BITER,<br><br>            Respondent. | CASE NO. ED CV 14-662-R (PJW)<br><br>ORDER DISMISSING<br>SECOND OR SUCCESSIVE HABEAS CORPUS<br>PETITION AND DENYING CERTIFICATE<br>OF APPEALABILITY |

Before the Court is Petitioner's third attempt to challenge his 1996 conviction for second degree murder. His first petition was denied as untimely. *See Robles v. Court*, ED CV 12-158-R (PJW), April 26, 2012 Order Accepting Report and Recommendation of United States Magistrate Judge. This constituted a decision on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009). Petitioner's second petition was dismissed as second or successive. *See Robles v. United States*, ED CV 13-284-R (PJW), March 6, 2013 Order Dismissing Second or Successive Petition. The instant petition, his third, is also second and/or successive and is subject to dismissal on that ground. *See* 28 U.S.C. § 2244; *McNabb,* 576 F.3d at 1029-30 (holding dismissal of habeas petition for untimeliness renders subsequent petitions second or successive). Absent an order from the Ninth

Circuit Court of Appeals, the Court does not have jurisdiction to entertain a second or successive petition. *See* 28 U.S.C. § 2244(3)(A). For that reason, the Petition is dismissed.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: April 14, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

/S/ PATRICK J. WALSH

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesD30550\Ord_dismiss_successive pet.wpd