UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES, ) | CASE NO. ED CV 14-662-R (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| BITER, ) | |
| Respondent. ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: April 14, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd